IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AZAEL DYTHIAN PERALES, § | | |
| Petitioner, § | | |
| § | | |
| v. § | 3:10-CV-2621-B (BK) | |
| § | | |
| U.S. INTERNAL REVENUE SERVICE, § | | |
| et al., § | | |
| Respondent. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 27th day of January, 2011.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE